OGLOZA FORTNEY LLP
  Darius Ogloza (CA Bar 176983)
  *dogloza@oglozafortney.com*
  David C. Fortney (CA Bar 226767)
  *dfortney@oglozafortney.com*
535 Pacific Avenue, Suite 201
San Francisco, California 94133
Telephone: (415) 912-1850
Facsimile: (415) 887-5349

Attorneys for Plaintiffs
RODNEY MILLER and MILLER
FAMILY INVESTMENT, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY MILLER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FELIX INVESTMENTS LLC, et al.,<br><br>　　　　Defendants. | CASE NO. 14-CV-4617-PSG-MAN<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE CLERK AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Rodney Miller and Miller Family Investment, L.P. hereby dismiss their Complaint in the above-captioned action.

Dated: November 10, 2014       OGLOZA FORTNEY LLP

　　　　　　　　　　　　　　　By    /s/ David C. Fortney
　　　　　　　　　　　　　　　　　　David C. Fortney

　　　　　　　　　　　　　　　Attorneys for Plaintiffs